IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CHERYL L. RUNG, ET UX.,        )
       Plaintiffs,             )
                               )
    v.                         )   Civil Action No. 09-670
                               )
PITTSBURGH ASSOCIATES, LP,     )
ET AL.,                        )
       Defendants.             )
```

**ORDER**

AND NOW, this 31st day of January, 2011, upon consideration of the parties' Stipulation [document #44], IT IS HEREBY ORDERED that the stipulation is approved and the parties shall proceed as follows:

(1) The parties are to conduct and complete all discovery, both written as well as depositions, by May 1, 2011.

(2) Any response to defendant Pittsburgh Associates, LP's Motion for Summary Judgment on its cross-claim for contractual indemnification [document #39], and pleadings in support, shall be filed on or before May 31, 2011. Any response shall comply with those requirements stated in Local Rule 56.C(1-3).

(3) Defendant C.B. Richard Ellis/Pittsburgh LP shall have until May 31, 2011 to file any Cross-Motion for Summary Judgment and pleadings in support. Any motion shall comply with those requirements stated in Local Rule 56.B(1-3).

(4) Should defendant C.B. Richard Ellis/Pittsburgh LP file a Cross-Motion for Summary Judgment, any response to the motion and pleadings in support shall be filed on or before June 30, 2011. Again, this response shall comply with those

requirements stated in Local Rule 56.C(1-3).

(5) There shall be no other briefing unless ordered by the Court.

BY THE COURT:

s/Gary L. Lancaster, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record