IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL L. RUNG and PETER RUNG, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>PITTSBURGH ASSOCIATES, L.P. )<br>and C.B. RICHARD ELLIS/ )<br>PITTSBURGH, L.P., )<br>    Defendants. ) | Civil Action No. 09-670 |

## ORDER

AND NOW, this 4th day of November, 2011, IT IS HEREBY ORDERED that defendant, Pittsburgh Associates, L.P.'s Motion to Withdraw Motion to Open the Docket [document #69] is GRANTED and the Motion to Open the Docket [document #68] is deemed withdrawn and is DENIED CU'O QQV0

IT IS FURTHER ORDERED that any response to defendant, Pittsburgh Associates, L.P.'s Motion for Additional Attorney's Fees and Costs [document #70] shall be due on or before November 18, 2011.

BY THE COURT:

s/Gary L. Lancaster
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:  All Parties of Record