# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHERYL L. RUNG and PETER RUNG,   )
         Plaintiffs,         )
                              )
   v.                      )
                              )    Civil Action No. 09-670
PITTSBURGH ASSOCIATES, L.P.       )
and C.B. RICHARD ELLIS/        )
PITTSBURGH, L.P.,             )
         Defendants.      )

## ORDER

AND NOW, this 4th day of November, 2011, IT IS HEREBY ORDERED that defendant, Pittsburgh Associates, L.P.'s Motion to Withdraw Motion to Open the Docket [document #69] is GRANTED and the Motion to Open the Docket [document #68] is deemed withdrawn and is DENIED CU'O QQV0

IT IS FURTHER ORDERED that any response to defendant, Pittsburgh Associates, L.P.'s Motion for Additional Attorney's Fees and Costs [document #70] shall be due on or before November 18, 2011.

BY THE COURT:

s/Gary L. Lancaster
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:  All Parties of Record