IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CHERYL L. RUNG and PETER RUNG, ) | |
|---|---|
| ) | |
| Plaintiffs, ) | Civil Action No. 09-CV-00670 |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| PITTSBURGH ASSOCIATES, L.P. d/b/a ) | |
| The Pittsburgh Pirates and C.B. RICHARD ) | |
| ELLIS/PITTSBURGH, L.P., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this ___18___ day of ___Nov_____, 2011, upon consideration of the Motion for Additional Attorney's Fees and Costs filed by Pittsburgh Associates, L.P., it is hereby Ordered that the Motion is GRANTED. In addition to the award entered in favor of Pittsburgh Associates on October 20, 2011, additional attorney's fees and costs in the amount of $11,255.00 are hereby awarded. These additional attorney's fees and costs result in a total award in this case, in favor of Pittsburgh Associates, in the amount of $52,168.91.

Dated: 11/15/11

By: _____ J.