IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL L. RUNG and PETER RUNG, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PITTSBURGH ASSOCIATES, L.P. ) <br> and C.B. RICHARD ELLIS/ ) <br> PITTSBURGH, L.P., ) <br> DefendantS ) | Civil Action No. 09-670 |

## AMENDED JUDGMENT ORDER

AND NOW, this 9 day of November, 2011, pursuant to Rule 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that judgment on its cross-claim is entered in favor of defendant, Pittsburgh Associates, L.P., and against defendant, C.B. Richard Ellis/Pittsburgh, L.P. in the amount of $52,168.91.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record