## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL L. RUNG & PETER RUNG, : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION NO. 09-CV-00670 |
| v. : | |
| : | |
| PITTSBURGH ASSOCIATES, L.P. d/b/a : | |
| The Pittsburgh Pirates and CB RICHARD : | |
| ELLIS/PITTSBURGH, L.P., : | |
| : | |
| Defendants. : | |

### ORDER

AND NOW this 9th day of Dec, 2011, upon consideration of Defendant CB Richard Ellis/Pittsburgh, L.P.'s Motion to Stay Execution of Judgment Pending Appeal Without Being Required to Post a Supersedeas Bond, and any response thereto, IT IS HEREBY ORDERED that the Motion is GRANTED. Any efforts to execute on the Amended Judgment entered by this Court on November 18, 2011 are STAYED until further order of Court.

_____, J.

1354070.1 12/2/11